UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WALT KORDA,**

    **Plaintiff,**

v.                                          Case No.  8:17-cv-335-VMC-TGW

**RETRIEVAL-MASTERS
CREDITORS BUREAU, INC.,**

    **Defendant.**
_____/

### **STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**COME NOW**, Plaintiff, **WALT KORDA** ("Plaintiff"), and Defendant, **RETRIEVAL-MASTERS CREDITORS BUREAU, INC.** ("Defendant"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that all matters alleged by Plaintiff in this action have been compromised and settled, and that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**[REMAINDER OF PAGE IS INTENTIONALLY LEFT BLANK]**

Respectfully submitted this **July 28, 2017**,

| | |
|---|---|
| */s/  Kaelyn Steinkraus*_____ | /s/*Ernest H. Kohlmyer*_____ |
| Kaelyn Steinkraus, Esq. | Ernest H. Kohlmyer, III |
| Florida Bar No. 125132 | Florida Bar No.: 110108 |
| Michael A. Ziegler, Esq. | kohlmyer@urbanthier.com |
| Florida Bar No. 74864 | Rachel M. Ortiz, Esquire |
| Law Office of Michael A. Ziegler, P.L. | Florida Bar No.: 0083842 |
| 13575 58th Street North, Ste. 129 | Ortiz@urbanthier.com |
| Clearwater, FL 33760 | Urban, Their & Federer, P.A. |
| (p)  (727) 538-4188 | 200 S. Orange Avenue, Suite 2000 |
| (f)  (727) 362-4778 | Orlando, FL 32801 |
| mike@zieglerlawoffice.com | Phone: (407) 245-8352 |
| kaelyn@zieglerlawoffice.com | Fax: (407) 245-8361 |
| Attorneys and Trial Counsel for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on this **28** day of **July, 2017**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/  Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132